## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:08-cr-00041** |
| | ) | |
| **MAURICE FINNEY** | ) | **JUDGE CAMPBELL** |

### ORDER

Before the Court is a petition alleging violations of Defendant's supervised release. (Doc. No. 90). The petition alleges five violations: that he committed the crime of aggravated domestic assault against Markesha Lindsley (Violation 1); that he used a fraudulent device to submit a urine specimen for testing (Violation 2); that he failed a drug test by testing positive for cocaine (Violation 3); that he embezzled property, specifically bottles of whiskey, from the business where he was employed (Violation 4); and that he had in-person contact with Markesha Lindsley in violation of the Magistrate Judge's no-contact order (Violation 5). The Court held a hearing on the petition over a period of three days, May 18-19, 2022 and June 2, 2022.

For the reasons stated on the record at the hearing, the Court found that the Government proved Violations 1, 2, and 5 by a preponderance of the evidence but not Violation 4. Defendant admitted to Violation 3. Accordingly, Defendant's supervised release is **REVOKED,** and he is sentenced to a term of 30 days imprisonment.

Defendant shall self-report to the United States Marshal's Office at the Fred D. Thompson United States Courthouse and Federal Building, 719 Church Street, Nashville Tennessee, 37203 on July 18, 2022, by 2:00 p.m. Upon his release from custody, Defendant shall reside at a residential reentry center for a term of up to 180 days, at the discretion of his Probation Officer.

After release from the residential reentry center the defendant shall have no supervised release to follow.

Defendant's conditions of supervised release, including the order of no in-person contact with Markesha Lindsley, remain unchanged except for the following: Defendant is no longer subject to location monitoring. Additionally, Defendant shall participate in a mental health program as directed by the United States Probation Office. Defendant shall pay all or part of the costs if the United States Probation Office determines that he has the financial ability to do so or has appropriate insurance coverage to pay for such treatment.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE